UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAWRENCE YOUNG,                                :
                    Plaintiff,   :
                                    :      22 Civ. 1757 (LGS)
        -against-                :
                                    :      <u>ORDER</u>
GROUNDWORK COFFEE, LLC, et al.,    :
                   Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS this case was referred to Magistrate Judge Sarah Netburn on March 7, 2022, for general pretrial (Dkt. No. 10). It is hereby

       **ORDERED** that the Order of Reference at Dkt. No. 10 is VACATED.

Dated: April 13, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE