大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

June 27, 2022

**VIA ECF**

> Application granted in part.  Defendants' deadline to answer or otherwise respond to the complaint is extended to August 12, 2022.  For clarity, the case is not stayed and no other deadline in this case is extended.
>
> Dated: June 28, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Young v. Groundwork Coffee, LLC et al.*, Case No. 1:22-cv-01757-AJN-SN

Dear Judge Schofield:

We represent Defendants Groundwork Coffee, LLC; Groundwork Coffee Holdings, LLC; and Groundwork Coffee Roasters, LLC ("Defendants") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from June 28, 2022 to August 12, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)