```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    LAWRENCE YOUNG,                              :
                            Plaintiff,           :
                                                 :
            -against-                            :    22 Civ. 1757 (LGS)
                                                 :
    GROUNDWORK COFFEE, LLC,                      :         ORDER
                            Defendant.           :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 19, 2022, required the parties to file a status letter on July 24, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **August 4, 2022**, the parties shall file the status letter.

Dated: August 2, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE